**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Green, | No. CV-18-00068-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

On September 13, 2021, this Court granted summary judgment in favor of Defendants (Doc. 187), and the Clerk of Court entered judgment dismissing this action with prejudice (Doc. 188). On September 21, 2021, Plaintiff filed a Notice of Appeal (Doc. 192), as well as three documents titled (1) "Special Action Motion Request for Counsel, Request for Interpreter, Request for Investigator" (Doc. 189), (2) "Motion to the Clerk Request an Extension of Filine [sic] Notice of Appeal" (Doc. 190), and (3) "Interrourtorres [sic]—Spection [sic]—Civil Remedies [sic]—State vs. Madison—Marshall vs. Stewart—for Full Discovery" (Doc. 191). In the Motions, Plaintiff requests discovery, an extension of time to file a notice of appeal, and the appointment of a lawyer, investigator, and interpreter to assist him in his case.

Because Plaintiff filed a timely notice of appeal, *see* Fed. R. App. P. 4(a)(1)(A), his Motion seeking an extension of time to file a notice of appeal will be denied as moot. His other motions will also be denied, as the above-captioned case is closed and judgment has been entered.

**IT IS ORDERED** that Plaintiff's "Motion to the Clerk Request an Extension of Filine [sic] Notice of Appeal" (Doc. 190) is **denied as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's "Special Action Motion Request for Counsel, Request for Interpreter, Request for Investigator" (Doc. 189) and "Interrourtorres [sic]—Spection [sic]—Civil Remedies—State vs. Madison—Marshall vs. Stewart—for Full Discovery" (Doc. 191) are **denied**.

Dated this 4th day of October, 2021.

_____
Honorable Rosemary Márquez
United States District Judge